IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKUR C. GANNAWAY,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| STEVEN GLUNT, et al.,<br>Respondents. | : | No. 15-4241 |

**FILED**
NOV 21 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**EDUARDO C. ROBRENO, J.**

AND NOW, this 21 day of November, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and (1) Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is GRANTED;

3. The Commonwealth of Pennsylvania shall release Petitioner Gannaway within 90 days of the date of this Order unless it reinstates Gannaway's direct appeal rights before then; and

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ Eduardo C. Robreno_
EDUARDO C. ROBRENO
U.S. DISTRICT JUDGE

(1) Respondents did not file objections to the Report and Recommendation.